United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Robin Raychelle Petty, Individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-25-3538 |
| AIS InfoSource L.P., | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On February 26, 2026, Plaintiff, Robin Raychelle Petty, filed a Notice of Voluntary Dismissal without Prejudice (docket no. 16) stipulating to the voluntary dismissal of this action against Defendant, AIS InfoSource L.P., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 27th day of February, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE